```
                                            CLERK'S OFFICE U.S. DIST. COURT
                                                   AT DANVILLE, VA
                                                       FILED
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF VIRGINIA
                 ROANOKE DIVISION                     SEP 28 2007

                                                JOHN F. CORCORAN, CLERK
                                                BY: /s/ H. McDonald
WINFRED MALLORY,              )                      DEPUTY CLERK
      Petitioner,             )    Civil Action No. 7:07cv00467
                              )
v.                            )    FINAL ORDER
                              )
DIRECTOR VIRGINIA             )
DEPT. OF CORRECTIONS,         )    By: Hon. Jackson L. Kiser
      Respondent.             )    Senior United States District Judge
```

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 28th day of September, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge