# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 28 2007

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

WINFRED MALLORY,  )
    Petitioner,  )    Civil Action No. 7:07cv00467

v.  )    **FINAL ORDER**

    )

DIRECTOR VIRGINIA  )
DEPT. OF CORRECTIONS,  )    By: Hon. Jackson L. Kiser
    Respondent.  )    Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that the above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is

**DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum

Opinion to the petitioner.

**ENTER**: This 28th day of September, 2007.

Senior United States District Judge